JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDBER ARIAS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>LOS FELIZ FORD, INC., a corporation; FORD MOTOR COMPANY, a corporation; and DOES 1 through 75, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-01326 MWF(Ex)<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Pursuant to the parties' Joint Stipulation to Remand Case to State Court, the case shall be remanded to the Los County Superior Court.

**IT IS SO ORDERED.**

Date: March 11, 2020

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE